Application **GRANTED**.  The parties shall file any settlement documents by **September 20, 2024**.

Dated: September 16, 2024
New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE



# THE LAW OFFICES OF
# BRANDON A. THOMAS, P.C.

1 Glenlake Parkway, N.W., Suite 650
Atlanta, Georgia 30328
Email: brandon@overtimeclaimslawyer.com

Tel: (678) 862-9344
Fax: (678) 638-6201
Web: overtimeclaimslawyer.com

September 13, 2024

### JOINT LETTER REQUESTING ADDITIONAL TIME TO FILE SETTLEMENT DOCUMENTS AND IN RESPONSE TO THIS COURT'S ORDER (Doc. 34)

Hon. Lorna G. Schofield
U.S. District Court Judge
Thurgood Marshall U.S. Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

                Re: *Wilber David Silva v. Consolidated Scaffolding, Inc. et al.*
                    Case No. 1:24-cv-04591-LGS

Dear Judge Schofield:

This letter is in response to this Court's Order (Doc. 34), ordering the Parties to submit the documents in support of the settlement reached in this case by September 13, 2024. The Parties have made substantial progress in reducing the settlement agreement to writing. However, the Parties need additional time to finalize the agreement. The Parties respectfully request that the Court grant an additional seven days to the Parties to file the settlement documents, so that they will be due on Friday, September 20, 2024.

Respectfully Submitted,

Brandon A. Thomas
s/Brandon A. Thomas
Attorney for Plaintiff

Christopher Smith
s/Christopher Smith/Trivella & Forte, LLP
Attorney for Defendants